# Bowen v. Johnson *et al.*

APPEAL from the Circuit Court of Marshall.
Tried before the Hon. J. A. BILBRO.

O. D. STREET, for appellant.

LUSK & BELL, *contra.*

This was an action brought by the appellant, J. L. Bowen, against the appellee, Ike Johnson, and the sureties on his bond, as superintendent of education, for failing to pay the plaintiff's salary as a teacher in the public schools.

There were verdict and judgment for the defendant; and from this judgment the plaintiff appeals. The judgment is affirmed.

Opinion by McCLELLAN, J.